**Motion Granted; Order filed March 24, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00481-CV

———————

**LUCIDALIA CHAVEZ, Appellant**

**V.**

**WALTER CHAVEZ, Appellee**

---

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2012-60726**

---

## ABATEMENT ORDER

After a non-jury trial, appellant Lucidalia Chavez brings this appeal from a final decree of divorce signed March 17, 2014. Appellant timely requested findings of fact and conclusions of law and timely reminded the trial court when the findings and conclusions were overdue. Our record does not contain the requested findings and conclusions.

On January 29, 2015, appellant filed a brief complaining of the trial court's failure to make and file findings of fact and conclusions of law. On March 18,

2015, appellee filed a motion to abate the appeal so that the trial court may make and file findings of fact and conclusions of law. Appellee avers in the motion that he cannot properly respond to appellant's issues without the findings and conclusions. Because the trial judge continues to serve on the district court, the error in this case is remediable. *See* Tex. R. App. P. 44.4.

We **GRANT** appellee's motion, **ABATE** the appeal, and **ORDER** the trial court to file findings of fact and conclusions of law on or before April **13, 2015.** Within ten days after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. The trial court shall file any additional or amended findings that are appropriate within ten days after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, shall be included in a supplemental clerk's record to be filed with this court on or before **May 8, 2015**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental record ordered herein is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. Appellant's brief shall be due thirty days after the appeal is reinstated.

PER CURIAM